UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHAWN STEVENSON and             )
CASSANDRA STEVENSON,            )
                                )   07 CIV 5612
              Plaintiffs,       )
                                )
       -against-                )   **AFFIDAVIT OF SERVICE**
                                )
CITY OF NEW YORK; and CITY OF NEW YORK   )
POLICE OFFICERS DOE ONE AND TWO,         )
not yet identified                       )
              Defendants.       )
------------------------------------------------------------------x

State of New York    )
                     ) ss.:
County of New York   )

Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York State license number 1024905), and resides in the State of New Jersey:

(1)   That on June 12, 2007 at 4:55 p.m., deponent served a true copy of the Summons and Complaint in the above-captioned matter upon The City of New York at the Office of Corporation Counsel, NYC Law Department, 100 Church Street, New York, NY. Document was accepted and stamped by Process Clerk Madelyn Santana, docketing clerk #9.

_____
Luis R. Ayala

Sworn to and Subscribed Before Me
the 27th day of June 2007

_____
NOTARY PUBLIC

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SHAWN STEVENSON and
CASSANDRA STEVENSON,

          Plaintiffs,

V.

CITY OF NEW YORK;
CITY OF NEW YORK POLICE OFFICERS DOE
ONE AND TWO, NOT YET IDENTIFIED

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07 CV

**07 CIV 5612**

**Judge Pauley**

TO: (Name and address of defendant)

City of New York
NYC Law Department
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Wachtel
KUBY & PEREZ, LLP
119 West 23rd Street, Suite 900
New York, NY 10011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

JUN 1 2 2007
DATE