USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHAWN STEVENSON AND                           :
CASSANDRA STEVENSON                           :          07 Civ. 5612 (WHP)
                          Plaintiffs,         :
                                              :          ORDER FOR INITIAL
            -against-                         :          PRETRIAL CONFERENCE

CITY OF NEW YORK et al,                       :

                                              :
                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for an initial pre-trial conference on

September 28, 2007, the following schedule is established on consent of the parties:

    1.      Plaintiffs shall amend the Complaint by October 12, 2007;

    2.      Plaintiffs shall identify any experts by January 25, 2008;

    3.      Defendants shall identify any experts by February 1, 2008;

    4.      If experts are identified, the parties shall exchange expert reports by
            February 15, 2008;

    5.      All discovery shall conclude by March 14, 2008;

    6.      The parties shall submit a joint pre-trial order in accord with this Court's
            Individual Practices by April 18, 2008; and

    7.      A final pre-trial conference shall be held on May 2, 2008 at 10:00 a.m.

Dated:  September 28, 2007
        New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

-1-

*Counsel of Record:*

George Wachtel, Esq.
Kuby & Perez, LLP
740 Broadway
5th Floor
New York, NY 10003
*Counsel for Plaintiffs*

David M. Hazan, Esq.
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*