UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| LAZARO BURT, | ) | CV 05 4493(NGG)(CLP) |
| Plaintiff, | ) | |
| | ) | **NOTICE OF** |
| -against- | ) | **APPEARANCE** |
| | ) | |
| ALEMAN et al., | ) | |
| Defendants. | ) | |

----------------------------------------------------------------x

PLEASE TAKE NOTICE, that Ronald L. Kuby, formerly a partner with Kuby & Perez, LLP, Attorneys at Law, has become lead counsel on the above-referenced matter. The Law Office of Ronald L. Kuby will represent Mr. Burt at the same address, 119 West 23rd Street, Suite 900, New York, NY 10011 with the same telephone (212-529-0223) and fax numbers (212-529-0644). Attorneys on this case will be Ronald L. Kuby [RK-1879] (ron@kubylaw.com) and David Pressman [DP-9136] (dpressman@kubylaw.com).

DATED:    New York, NY
          October 15, 2007

_____
RONALD L. KUBY
Law Office of Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, NY  10011
(212) 529-0223