UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN STEVENSON and CASSANDRA STEVENSON,<br><br>Plaintiffs<br><br>-against-<br><br>CITY OF NEW YORK;<br>CITY OF NEW YORK POLICE OFFICERS KATHERINE CASTANEDA, 81st PCT. and NICHOLAS HORUN, 81st PCT.<br><br>Defendants | Index 07 CV 5612(WHP)<br>ECF Case<br><br>AMENDED COMPLAINT<br><br>A jury trial is demanded |

**AFFIRMATION OF SERVICE**

      GEORGE WACHTEL, an attorney duly admitted to practice before the United States District Courts of the Southern District of New York, hereby affirms under penalty of perjury that on this date he caused the annexed PLAINTIFF'S FIRST DISCOVERY DEMANDS    To be served on defendants by their attorneys, City of N.Y. Law Dept, 100 Church Street, New York, NY 10007, Attn.: David M. Hazan, Esq.,  By US Postal Service.

New York, New York
November 6, 2007

                                              George Wachtel [GW5921]
                                              Law Office of Ronald L. Kuby
                                              119 West 23st., Suite 900
                                              New York, NY 10011
                                              (212) 529-0223