```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHAWN STEVENSON AND                              :
CASSANDRA STEVENSON                              :
      Plaintiffs,       :  07 Civ. 5612 (WHP)
                         :
   -against-                            :  <u>ORDER</u>
                         :
CITY OF NEW YORK et al,                          :
      Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

   It having been reported to this Court that this action has been settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: December 3, 2007
    New York, New York

             SO ORDERED:

             _____
             WILLIAM H. PAULEY III
                U.S.D.J.

*Counsel of record:*

George D. Wachtel, Esq.
Kuby & Perez, LLP
119 West 23rd Street, Suite 900
New York, NY 10011
*Counsel for Plaintiffs*

David M. Hazan, Esq.
New York City Law Depart.
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*